UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACK M. PIERCE,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>Defendant. | Civil No. 3:10-CV-01399-BR<br><br>[PROPOSED] ORDER FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. §405(g) |

Based upon the stipulation of the parties pursuant to sentence six of 42 U.S.C. § 405(g), it is ORDERED this action is remanded to the Commissioner for further administrative proceedings, specifically, upon receipt of this Order, the Appeals Council will continue to search for the missing recording of the administrative hearing held on September 1, 2010. If the recording cannot be located after 45 days from the date of this Order, the Appeals Council will remand the case for a de novo hearing.

DATED this 25th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Page 1    ORDER - [3:10-CV-01399-BR]